### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                  PLAINTIFF

v.                     NO. 4:15CR00004-01 JLH

CORNELIUS DOERKSEN-KRAHN                             DEFENDANT

### ORDER

Cornelius Doerksen-Krahn appeared for plea and arraignment before United States Magistrate Judge H. David Young on January 20, 2015. Following plea and arraignment, Doerksen-Krahn was assigned an initial trial date of February 23, 2015. No party has requested a continuance, therefore, it appears this matter is proceeding to trial on its first setting.

IT IS THEREFORE ORDERED that the jury trial in this matter is hereby scheduled to begin at **9:15 a.m., on MONDAY, FEBRUARY 23, 2015**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas. Counsel are to be present thirty minutes prior to trial.

Jury instructions should be electronically submitted to the Court by **February 18, 2015**, in WordPerfect format to jlhchambers@ared.uscourts.gov.

IT IS SO ORDERED this 13th day of February, 2015.

                                                _____
                                                J. LEON HOLMES
                                                UNITED STATES DISTRICT JUDGE